JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA FAIRCLOTH, | Case No. 2:22-cv-05875 RGK (MAAx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** [24] |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge: Hon. R. Gary Klausner |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:22-cv-05875 RGK (MAAx), is dismissed in its entirety without prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this action are hereby vacated and taken off the Court's calendar;

IT IS FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: __**July 12**__, 2023

*/s/ Gary Klausner*
Hon. R. Gary Klausner
United States District Court Judge